JAMES S. COCHRAN, appellant,

*v.*

ROBERT B. LUDY et al., respondents.

[Argued March 5th, 1912.   Decided June 20th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. S. Stanger Iszard,* for the appellant.

*Messrs. Thompson & Smathers,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY—15.

*For reversal*—None.